[No. 65217-6-I.   Division One.   July 5, 2011.]

*In the Matter of the Probate Estate of* ERNEST A. HOWISEY.

Appeal from a judgment of the Superior Court for King County, No. 07-4-04064-9, Kimberley Prochnau, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Ellington, JJ.

[No. 40532-6-II.   Division Two.   July 6, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTY R. WILLY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00013-5, Toni A. Sheldon, J., entered March 24, 2010. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Johanson, JJ.

[No. 41685-9-II.   Division Two.   July 6, 2011.]

*In the Matter of* JESSICA RAMOS.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-03784-1, Susan Serko, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 29204-5-III.   Division Three.   July 7, 2011.]

WILLIAM H. DAVIS ET AL., *Appellants*, v. THE CITY OF SPOKANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-03334-4, Kathleen M. O'Connor, J., entered June 21, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.